IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
for the use of SRI OF NEW MEXICO, LLC
a New Mexico limited liability company,

        Plaintiff,

v.                              Case No. 1:14-cv-00781 GBW/SMV

HARTFORD FIRE INSURANCE
COMPANY, a Connecticut corporation and
TURNER ATLANTIC CONSTRUCTION
LLC, a Virginia limited liability company,

        Defendants.

## ORDER

THIS MATTER having come before the Court upon the *Stipulated Motion to Extend Deadline for Plaintiff to Respond to Defendants' Motion to Compel Arbitration, And To Stay Discovery And Pretrial Deadlines Pending Resolution of That Motion* of Plaintiff SRI of New Mexico, LLC ("SRI") and Defendants Turner Atlantic Construction, LLC and Hartford Fire Insurance Company ("Hartford"),

THE COURT having considered said stipulated motion and being fully advised in the premises,

FINDS said motion well taken.

IT IS, THEREFORE, ORDERED that said stipulated motion is hereby granted, and that (i) the deadline for Plaintiff SRI to respond to the *Joint Motion to Compel Arbitration and to Stay Proceeding Pending Arbitration* of TAC and Hartford (the "Motion to Compel"), is hereby extended to January 9, 2015, and (ii) all discovery and

pretrial deadlines in this litigation, other than those pertaining to the pending Motion to Compel, are hereby stayed until such time as the Court has entered its ruling on the Motion to Compel.

_____
Judge Stephan M. Vidmar

Submitted:

*/s/ Christopher M. Boeck*_____
Christopher M. Boeck, Esq.

*/s/ Michael Allison*_____
Michael Allison, Esq.